McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00192-LJO-SKO |
| Plaintiff, | **PROTECTIVE ORDER BETWEEN THE PARTIES REGARDING PROTECTED INFORMATION** |
| v. | |
| GLORIA GIANNINI, | |
| Defendant. | |

[PROPOSED] ORDER

For good cause shown, the stipulation between counsel dated September 12, 2019, in Case No. 1:19-CR-00192-LJO-SKO regarding discovery and treatment of Protected Information is approved and IT IS SO ORDERED.

Dated: **September 24, 2019**         /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE

[PROPOSED] PROTECTIVE ORDER                    1