McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
JOSEPH BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00192-NONE-SKO |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| GLORIA GIANNINI, | |
| Defendant. | |

**ORDER**

Pursuant to the Motion to Dismiss Indictment filed by the United States on February 22, 2020, and for good cause shown, the indictment filed in this matter on September 5, 2019, is dismissed without prejudice.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: **February 24, 2020**  _____
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER

1